# EXHIBIT 1




COAST
HILLMAN